

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2019

No. 04-19-00697-CV

**IN THE INTEREST OF V.R.S., ET AL., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01769
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant Mom filed a notice of appeal challenging the trial court's "final decree of termination, ordered on September 27, 2019." The clerk's record contains the trial court's notes from that date, but it does not contain a signed, final order.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely provide written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk